TKK/USAO#2009R00496

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. JFM-09-0571 |
| | (Conspiracy to Commit Bank Fraud, |
| | 18 U.S.C. § 1349) |
| ANDREW ROSENFELD | : |

...oooOooo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

At all times relevant:

1. **ANDREW ROSENFELD** was a resident of Ellicott City, Maryland and a Vice President Client Service Manager III at Wells Fargo Bank.

2. Wells Fargo Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

3. Wells Fargo Bank acted as a Trustee for Collateralized Debt Obligation ("CDO") clients. As a trustee, Wells Fargo held money in trust for its CDO clients and was responsible for, among other things, using that money to pay legitimate invoices for its CDO clients.

4. To effect a legitimate wire transfer on behalf of a CDO client, a member of **ANDREW ROSENFELD's** team would receive an invoice to pay, fill out a wire instruction, and submit both to **ROSENFELD** or another supervisor at his level for approval. The wire transfer could then be executed to pay the invoice on behalf of the CDO client.

## THE CHARGE

5. From in or about June 2008 and continuing to in or about May 2009, in the

District of Maryland and elsewhere, **ANDREW ROSENFELD** and other persons known and unknown, knowingly and willfully combined, conspired, confederated and agreed together and with each other to commit offenses against the United States, that is, to commit Bank Fraud in violation of Title 18, United States Code, Section 1344(1).

## MANNER AND MEANS

6. **ANDREW ROSENFELD**, another Wells Fargo Bank employee ("the other employee"), and others engaged in a scheme to defraud Wells Fargo and to obtain money owned by or under the custody and control of Wells Fargo by means of material false and fraudulent pretenses, representations or promises.

7. It was part of the scheme and artifice to defraud that **ROSENFELD** or the other employee would create a false invoice showing a payment due from one of Wells Fargo's CDO clients to a fictitious vendor.

8. It was part of the scheme and artifice to defraud that **ROSENFELD** or the other employee would set up a wire transfer instruction for a supervisor's approval to ostensibly pay the false invoice.

9. It was a part of the scheme and artifice to defraud that **ROSENFELD** would approve the wire transfer, knowing that it was fraudulent, or the other employee would request that another supervisor approve the wire transfer without disclosing to the supervisor that the wire transfer was fraudulent.

10. It was part of the scheme and artifice to defraud that **ROSENFELD** and the other employee would cause the wire transfer to be made from a CDO client's account to a bank account controlled by the other employee or a friend of the other employee.

11.     It was part of the scheme and artifice to defraud that **ROSENFELD**, the other employee, and others would share the proceeds from the fraudulent wire transfer.

12.     Through the execution of the scheme and artifice to defraud, **ROSENFELD** caused a loss of $226,000 to Wells Fargo Bank.

### OVERT ACT

13.     In furtherance of the conspiracy and to effect the objects of the conspiracy, on or about August 7, 2008, in the District of Maryland, **ANDREW ROSENFELD** caused a fraudulent wire transfer to be executed from one of Wells Fargo's CDO clients' bank accounts in the amount of $18,500 to a bank account controlled by a friend of the other employee, and shared the proceeds of the wire transfer amongst them.

November 5, 2009
Date

Rod J. Rosenstein by [signature]
Rod J. Rosenstein
United States Attorney